# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Antonio R. Spencer
Name under which you were convicted

244156
Your prison number

CIVIL ACTION NO. 15-CV-477-CG-B
(To be supplied by Clerk of Court)

vs.

Captional D. Fails, C.O.E. Duren
Name of Defendant(s)

W. C. Holman Correctional facility
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

pleading filed with the Court.

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ( ) No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

None

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county): ____________________

3. Docket Number: None

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( ) No ( )

5. Name of judge to whom the case was assigned: ____________________

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

N/A

7. Approximate date of filing lawsuit: ____________________

8. Approximate date of ruling by court: N/A

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: W.C. Holman Correctional facility Atmore, Al 36503 Escambia county

B. Date it occurred: 9-8-15

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (✓)

E. If your answer is YES:

1. What steps did you take?

2. What was the result?

F. If your answer is NO, explain why not: Alabama Department of corrections don't have a grievance system to exhaust

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On 9-8-15 around 6:15am Capt. D. Fails flank by officers Madison, Maddox, Duren, Ezel and Lt. Nieves approach me at my assign area in C-dorm. Capt. Fails address me telling me to come with them. When I ask why, Capt. Fails said, "Just come with us I need to talk with you. I was placed in handcuffs to the rear by Officer Maddox. Then I was escort to the segregation shift office. Where I was question about a incident that I had no knowledge of; but I answer to the best of my ability. Capt. Fails then told me to step in the hallway. And order the officer to bodychart and

for me to be place in the Seg. Unit. I immediately started protect verbly and asking why I was being put in lock-up when

**III. PARTIES.**

A. Plaintiff (Your name/AIS): Antonie R. Spencer

Your present address: W. C. Holman Corr. Fac. Atmore, Al 36503

B. Defendant(s):

1. Defendant (full name) Cpt. D. Fails is employed as Caption at Holman Corr. Fac

His/her present address is 3700 W. C. Holman Corr. Fac. Atmore, Al. 36503.

(a) Claim against this defendant: United States Constitutional 8th Amendment violation Crue/ and Unusual Punishment / Excessive Force

(b) Supporting facts (Include date/location of incident):

2. Defendant (full name) Capt. D. Fails is employed as Captain of Corrections at W. C. Holman Corr. Fac.

His/her present address is 3700 W. C. Holman Corr. Fac. Atmore, Al 36503

(a) Claim against this defendant: 8th Amendment U.S. Constitutional violation Cruel and Unusual Punishment / Excessive Force.

(b) Supporting facts (Include date/location of incident):

3. Defendant (full name) Corr. Officer E. Duren is employed as Correctional Officer at W. C. Holman Corr. Fac.

His/her present address is 3700 W.C. Holman Corr. Fac. Atmore, Al 36503.

(a) Claim against this defendant: U.S. Constitutional 8th Amendment Violation Cruel and Unusual Punishment / Excessive Force.

(b) Supporting facts (Include date/location of incident):

On 9-8-15 Correctional Officer E. Duren with Capt. Fails Choke and beat my person. Where O.C. E. Duren bent my finger back to it was broken.

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Alabama

2. When were you convicted? Jefferson County

3. What is the term of your sentence? 50 yrs.

4. When did you start serving this sentence? 2012

5. Do you have any other convictions which form the basis of a future sentence?
Yes ( ) No (✓)

If so, complete the following:

(a) Date of conviction: N/A

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? 2055

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

Invalidated yes( ) no(✓) yes( ) no( )
Writ of habeas yes( ) no(✓) yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: N/A

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I would like Capt. Fails and O.C.E. Duren be held accountable according to law. And Compensatory damages & declaratory Relief. And all paperwork removed from my institutional Files.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

9-21-15
Date

Antonio R. Spencer 241156
(Signature of Plaintiff Under Penalty of Perjury)

3700 W.C. Holman Corr. Fac.
Current Mailing Address

K-23 Atmore, Al 36503

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

1. pg

I havent done anything. I asked to speak with a warden. Suddenly I was being tooken to the floor by being slam to it. While I still confound to the rear handcuffs. Officer Duren bend my pink finger back to where I yell out in pain and where to I believe it to be broken. Not giving the opportunity to walk on my to the infirmary. So I was being dragged to the infirmary. Which cause burns to Knees and leg areas. I protest that I could walk on my own control if given the opportunity. After being bodychart in the infirmary. I was escort back to the Seg. Shift Office handcuffed and leg shackled. Fails inform me of about the 72hour investigation while trying to take photos. I told him I need to talk to a warden about his injustice treatment toward me. An I wasn't taking no pictures till done so. Capt. Fails became enrage till where he pull a canister of Chemical agent deliberately spraying several bursts into my mouth and nostrils, while choking me with his left hand. And order other the officers join in. Officer Duren join in by throwing forearms my neck and midsection. Fails emptying the canister of Chemical agent on my person. While Officers Madison and Ezel look on like they weren't in agreement of Fails and Duren means of Force. Capt. Fails then malicously and sadistically snatch the me by the "Leg Irons" from atop of a desk that I laid on helplessly. The force was so great it cause me to hit my head on the

edge of the desk and busting my head on the floor be where blood drawn. The nurse was concern of my injuries, because they weren't present at my first bodychart.

2 pg.

Antonio R. Spencer
244156 K-23
3700 Holman
Atmore Al 36503



United States District court
Southern District of Alabama
Clerk
113 st. Joseph street
mobile, Alabama 36602