## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ANTONIO SPENCER,                         )
AIS #244156,                             )
                                         )
         Plaintiff,                      )
                                         )
vs.                                      )  CASE NO. 1:15-CV-00477-CG-B
                                         )
                                         )
                                         )
CAPTAIN D. FAILS, et al.,                )
                                         )
         Defendants.                     )

### AFFIDAVIT

Before me, the undersigned authority Notary Public, personally appeared Correctional Captain Darryl Fails, who being known to me and being duly sworn, deposes and says on oath as follows:

My name is Darryl Fails, and I am over the age of twenty-one and competent to provide the following facts regarding the cited civil action. Presently, I am employed by the Alabama Department of Corrections and am assigned to the W.C. Holman Correctional Facility as a Correctional Captain.

On September 8, 2015, I, Captain Darryl Fails and several Officers escorted inmate Antonio Spencer B/244156 from C-Dormitory to the main Hall and placed handcuff restraints on him. Inmate Spencer was also informed that he was going to be place in Segregation pending investigation for Assault on an Inmate with a Weapon. Inmate Spencer stated, "I didn't do nothing and I am not going to lock up". I instructed the Officers to escort inmate Spencer to the Health Care Unit for a body chart. Inmate Spencer refused to be escorted and started pulling away from the Officers. I instructed



the Officers to place inmate Spencer on the floor and place leg irons on him. Inmate

Spencer continued to resist by kicking the Officers. Inmate Spencer was place in leg

irons and escorted to the Health Care Unit. Inmate Spencer was then escorted from the

Health Care Unit to the Segregation unit processing office, inmate Spencer refused to

take pictures and be escorted to a Segregation Cell. Inmate Spencer sat on the table and

refused to move. I retrieved my canister of Sabre Red from my utility belt and

administered a once second burst of chemical agent to inmate Spencer facial area. No

other force was used. At no time did I choke, kick or do anything else to inmate Spencer

that he accused me of doing to him.

Therefore and by reason thereof, this action is hereby answered and denied.

**Darryl Fails, Correctional Captain**

**Sworn to and subscribed before me this** ___/___ **day of** December 2015

**Notary Public**

**My Commission Expires:** _____

My Commission Expires July 17, 2016