## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ANTONIO SPENCER,            )
AIS #244156,                )
                            )
    **Plaintiff,**     )
                            )
vs.                         ) CASE NO. 1:15-CV-00477-CG-B
                            )
                            )
CAPTAIN D. FAILS, et al.,   )
                            )
    **Defendants.**    )

### AFFIDAVIT

Before me, the undersigned authority Notary Public, personally appeared Correctional Officer Ernest Duren, who being known to me and being duly sworn, deposes and says on oath as follows:

My name is Ernest Duren, and I am over the age of twenty-one and competent to provide the following facts regarding the cited civil action. Presently, I am employed by the Alabama Department of Corrections and am assigned to the W.C. Holman Correctional Facility as a Correctional Officer.

On September 8, 2015, I, Correctional Officer Ernest Duren, and other Officers and Supervisors escorted inmate Antonio Spencer B/244156 from C-Dorm to the main Hall and placed handcuff restraints on him. Inmate Spencer was also informed that he was going to be place in Segregation for Assault on an Inmate with a Weapon until further investigation was done. Inmate Spencer stated that he didn't do nothing and he was not going back to lock up. Captain Fails instructed me and another officer to escort inmate Spencer to the Health Care Unit for a body chart. Inmate Spencer refused to be

**EXHIBIT**

**4**

escorted and started pulling away from me and the other officer. Captain Fails instructed me and the other officer to place leg irons on inmate Spencer because inmate Spencer was kicking me and resisting. Inmate Spencer was place in leg irons and escorted to the Health Care Unit, no other force was used. At no time did I bend inmate Spencer finger back or try to break it nor did I do anything else to inmate Spencer that he is alleging.

Therefore and by reason thereof, this action is hereby answered and denied.


_____

**Ernest Duren, Correctional Officer**


Sworn to and subscribed before me this ___2___ day of _December_ 2015

_____
**Notary Public**

**My Commission Expires:** _____

My Commission Expires July 17, 2016