IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO R. SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-477-CG-B |
| | ) |
| CAPTAIN D. FAILS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 26, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, the motion for summary judgment of Defendants Drs. George S. Kouns and Hugh Hood as to Plaintiff's Eight Amendment deliberate indifference to medical care is **GRANTED**, and said claim against Dr. Kouns and Dr. Hood is **DISMISSED** with prejudice. The motion for summary judgment of Defendants Captain Fails and Officers Duren, Ezell, and Madison with regard to Plaintiff's Eight Amendment excessive force and failure to intervene claims is **DENIED** at this time.

This action is referred to the Magistrate Judge to conduct a scheduling conference to address the remaining claims.

**DONE and ORDERED** this 25th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE