IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO R. SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-477-CG-B |
| | ) |
| CAPTAIN D. FAILS, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants, Dr. George S. Kouns and Dr. Hugh Hood, and against Plaintiff, Antonio R. Spencer. Plaintiff's Eighth Amendment deliberate indifference to medical care claim against Dr. George S. Kouns and Dr. Hugh Hood are **DISMISSED with prejudice**.

**DONE and ORDERED** this 25th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE