IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO R. SPENCER, AIS #244156 | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION 15-00477-JB-B |
| CAPTAIN D. FAILS, *et al.*, | ) | |
|     Defendants. | ) | |

ORDER

This matter is before the Court on review of the Order granting Plaintiff's counsel's request for payment of Special Attorney Admissions Fund (Fund) costs. (Doc. 84).[1]

On November 5, 2018, upon reconsideration of a prior denial (Doc. 9, 17), the Magistrate Judge[2] appointed Thomas M. Wood, Esq. as counsel for Plaintiff. (Doc. 66). On February 8, 2019, counsel moved for pre-approval of *anticipated* costs for mileage/travel expenses, deposition expenses, cost for copies from the DOC (third party subpoena production), and for *already*

---

[1] This Court has created a Special Attorney Admissions Fund (Fund). S.D.ALA. Standing Order No. 16. "The Special Attorney Admission Fund [is] maintained…to compensate appointed counsel in civil rights actions for reasonably **incurred** expenses authorized by prior order of the Judge to whom the action is assigned." S.D. Ala. LR 67.1(a). One type of expenditure that can be made from the monies contained in the fund is *"[r]eimbursement* of pro bono counsel for out-of-pocket expenses, payment of compensation to pro bono counsel, and payment of witness fees and other expenses on behalf of indigent pro se civil litigants." S.D.ALA. Standing Order No. 16, Attached Plan for the Administration of the Special Attorney Admissions Fund, ¶5.F.  The procedure for requesting and receiving payment from the Special Attorney Admissions Fund is as follows: "….(c)…Payments from the Fund require the order of the Chief District Judge or his/her designee, in an amount and with a priority determined by such District Judge in light of the condition of the Fund and any other pending or anticipated requests; (d)…All requests for payment from the Fund shall first be submitted in writing to the Judge assigned to the action. If the request is approved, the assigned Judge's written authorization shall then be forwarded to the Chief Judge or his/her designee for action in accordance with subsection (c) above." S.D. ALA. LR 67.1(c)-(d).  In this case, the assigned District Judge referred the request for payment to the U.S. Magistrate Judge for appropriate action per Section 636(a)-(b).

[2] Upon referral for appropriate action.

1

*incurred* $11.42 for copies of medical records (third party subpoena Baldwin Bone & Joint, P.C.). (Doc. 82). Counsel also requested that the court proceed with issuing $2,500.00 to him, referenced as the cap in this case.

Pursuant to S.D.Ala. Civil Local Rule 67.1(d), when the assigned judge authorizes payment of funds from the (Fund) maintained by the Clerk of Court, that authorization is then forwarded to the Chief Judge, or her designee, for action.[3] Then, monies from the Fund are paid out on the Chief District Judge's order, in amounts and priorities as she determines. S.D. Ala. Civil LR 67.1(c).

At the time counsel's motion was filed on February 8th, only $11.42 of the requested costs had been incurred (supported by a submitted invoice). The other requested costs had not yet been incurred and were merely anticipated/estimated. Thus, counsel was requesting an advance for costs. Such is not permitted under the Fund which only provides for *reimbursement of expenses already incurred*. However, on March 4, 2019, counsel supplemented the request with certain costs already incurred: $344.52 in mileage expenses (travel to/from Atmore and Montgomery - as attested to by counsel in the motion); and $172.00 for DOC records (third party subpoena request -- supported by invoice). (Doc. 83). As such, the following *incurred* costs are before the Court: $11.42 (medical records), $344.52 (mileage), and $172.00 (DOC records).

Upon consideration, the undersigned **DOES NOT APPROVE** the request as granted in Doc. 84. Instead, it is **ORDERED** that counsel's motion is **GRANTED in part** and **DENIED in part** as follows: **GRANTED** as to the *already incurred* costs of $11.42 (medical records), $344.52

---

[3] Chief Judge DuBose has designated the undersigned as approval authority for reimbursement requests in this matter.

(mileage), and $172.00 (DOC records), but **DENIED** as to the remainder, such that only disbursement of **$527.94** from the Fund is **APPROVED**, made payable to Thomas W. Wood, Esq.

**DONE and ORDERED** this 11th day of March, 2019.

s/JEFFREY U. BEAVERSTOCK  
UNITED STATES DISTRICT JUDGE
